UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SERGIO MOREIRA MARTINEZ, <br><br> Defendant. | Case No. 14-cv-03939-BLF <br><br> **ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE; DIRECTIONS TO PLAINTIFF** |

The Court is in receipt of Plaintiff's case management statement. In light of the fact that the Clerk of the Court entered default against defendant Sergio Moreira Martinez on May 26, 2015, the Court finds good cause to VACATE the Initial Case Management Conference presently set for May 28, 2015 at 1:30 p.m.

To the extent Plaintiff intends to move for entry of default judgment, Plaintiff shall file such motion **within sixty (60) days** of the date of this order.

**IT IS SO ORDERED.**

Dated: May 28, 2015

_____
BETH LABSON FREEMAN
United States District Judge